**EXHIBIT A**



**PULMONARY SPECIALISTS OF NORTH JERSEY**

# HOLY NAME PULMONARY ASSOCIATES, P.C

Selwyn E. Levine, M.D., F.C.C.P. *
Theophanis A. Pavlou, M.D., F.C.C.P. * †
Victor Gorloff, M.D., F.C.C.P. *
Paul S. Han, M.D., F.C.C.P. * †
Harris B. Tesher, M.D. *
Richard E. May, Jr., M.D.

Maliaka K. Jones, APN

200 Grand Avenue Suite 102
Englewood, New Jersey 07631
Tel: (201) 871-3636
Fax: (201) 871-2286

DIPLOMATE AMERICAN BOARD OF INTERNAL MEDICINE
PULMONARY DIEASE. *CRITICAL CARE MEDICINE AND † SLEEP MEDICINE

# FAX COVER SHEET

This facsimile is intended for the use of the addressee below and may contain information that is privileged and confidential. If you are not the intended recipient, employee, or agent responsible for delivering the message to the intended recipient, you are hereby notified that the unauthorized dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone, and return the original message to us.

DATE: 3-27-20

TO: Paulette, P.H.     FROM: Tevon S.

FAX#: 201-603-1395     PHONE#: _____

Number of Page (Including Face Sheet): 18

**MESSAGE:**

Dianthe Brooks
11-5-1969

---

If you do not receive all the pages, please let us know
Tel: (201) 871-3636
Fax: (201) 871-2286

www.njlung.com

From:

**Patient:** BROOKS, DIANTHE
**Address:** 127 ~~S VALLEY RD WEST ORANGE, NJ 070524427~~
**Date of Birth:** ~~November 05, 1969~~

MRN: 0261222-6733396482

**Visit Date:** 08/10/2017

**Patient:** BROOKS, DIANTHE
127 S VALLEY RD
WEST ORANGE, NJ 070524427

**Medical Record #:** 0261222-6733396482   **DOB:** ~~████~~   **Sex:** Female
**Phones:** work: (973)477-3998
**Status:** Complete.
**Visit Last Changed:** 08/10/2017 05:27 PM

**CC / HPI:**
Coughing
Coughing-x months. located in chest. slight improvement with dulera, better with prednsione (2 weeks ago, June, July, april). ASsociated with chest tightness, wheezing. Persistent.
Was seen at ER 2 x in last 2 weeks.
Worse at night.
Uses Dulera, nebulizer albuterol, singulair, proair.
+PND.
+clears throat.
Minimal occiasonal GERD symtpoms.
Laughing, vigorous cardio exercise can trigger cough.

**Current Medication:**
promethazine-codeine oral
Dulera 100 mcg-5 mcg/actuation HFA aerosol inhaler, 2 INH BID.
Proventil (Refill) 90 mcg/actuation aerosol inhaler, 1 INH PRN.
Flexeril 10 mg tablet, 1 Tablet(s) PO PRN.
albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization, 1 Milliliter(s) INH PRN.
Singulair 10 mg tablet, 1 Tablet(s) PO daily.
Imitrex 25 mg tablet, 1 Tablet(s) PO PRN.
diclofenac potassium 50 mg tablet, 1 Tablet(s) PO BID.

Review of history:

I reviewed the documented medical, surgical, family, social, medication, drug allergy, food allergy, environment allergy, problem/diagnosis and occupation/exposures histories.

**ROS:**

**Vital Signs:**

| Collected | 08/10/2017 02:23 PM By: Allos, Reema |
|---|---|
| Weight | 158 lbs |
| Height | 5' 2" |
| BMI | 28.9 |
| Temp | 99 F oral |
| RR | |
| HR | 89 bpm Sitting |

aprima

Generated on 3/27/2020

Patient: BROOKS, DIANTHE
Address: [redacted]
Date of Birth: [redacted]

MRN: 0261222-6733396482

| BP | |
|---|---|
| BP 2 | 130/80 mmHg Right Arm |
| Head Circ | |
| SpO2 | |
| Waist | 95 % room air |

**PE:**

**Constitutional**
general appearance
  overall: in no acute distress, well developed and well nourished
**Eyes**
conjunctiva/eyelids
  overall: conjunctiva clear and non icteric
pupils and irises
  overall: pupils equal, round, reactive to light and accomodation
**Ears/Nose/Throat**
internal nose
  overall: bilateral nasal cavities clear and normal
teeth/gingiva
  overall: normal dentition
oropharynx
  overall: mouth clear, tonsils not enlarged and pharynx not red
**Neck**
thyroid
  overall: normal size and normal consistency
inspection of neck
  overall: no carotid bruits, no nodes, no use of accessory muscles, normal appearance, normal tracheal position and supple
jugular veins
  jugular venous distension: none
**Respiratory**
percussion
  overall: no dullness, no tympany and benign percussion
auscultation
  overall: breath sounds clear bilaterally, no abdominal breathing, no rales, no rhonchi and no wheezes
  diffuse: **wheezing very mild wheezing (end exp)** and **inspiratory wheezes mild/diffuse**
respiratory effort/rhythm
  overall: no increased effort and unlabored breathing
breast/chest inspection
  overall: normal shape and equal expansion
**Cardiovascular**
auscultation of heart
  overall: no gallops, no murmurs, no rubs, regular rate and regular rhythm
    s1: a normal exam
    s2: a normal exam
    s3 (ventricular gallop): none
    s4 (atrial gallop): none
examination of vasculature
  overall: no clubbing, no cyanosis and no edema
**Abdomen**
abdominal exam

aprima

Generated on 3/27/2020

From:

Patient: BROOKS, DIANTHE
Address: [redacted] VALLEY RD WEST ORANGE, NJ [redacted]
Date of Birth: [redacted]

MRN: 0261222-6733396482

       overall: no guarding, non tender, normal bowel sounds and soft
liver and spleen exam
       overall: no hepatosplenomegaly

**Lymphatic**
palpation of nodes
       overall: normal cervical and axillary lymph nodes

**Musculoskeletal**
muscle strength and tone
       overall: full range of motion, normal strength and normal tone
gait and station
       overall: normal gait and normal station

**Extremities**
digits and nails
       overall: digits benign

**Integument**
inspection/palpation
       overall: no rash, lesions

**Neurologic**
sensation
       overall: normal sensation
mental status
       overall: awake, alert and oriented
gait
       overall: normal balance, gait and no ataxia, no unsteadiness
coordination
       overall: no tremors
speech
       overall: normal quality, no aphasia
motor
       overall: normal tone and normal strength

**Psychiatric**
orientation/consciousness
       overall: appropriate
mood and affect
       overall: normal mood and affect

**Dx:**

Unspecified asthma, uncomplicated

**Rx:**

**Services Performed:**

99204 OFFICE/OUTPATIENT VISIT NEW
94664 DEMO/EVAL/AEROSOL MCR ONLY with this modifier:  59
94060 BRONC EVAL INTERPRETATION ONLY 26 HN with this modifier:  26
94729 DIF CAP INTERPRETATION 26 HNH ADD TO 94010 94060 94070 94375 with this modifier:  26
94727 Gas dilutionor/ washout lung vol interpretations -26  HNH with this modifier:  26
36415 ROUTINE VENIPUNCTURE



Generated on 3/27/2020

From:

**Patient:** BROOKS, DIANTHE
**Address:** ~~137 VALLEY RD   WEST ORANGE, NJ 070524427~~
**Date of Birth:** ~~November~~

MRN: 0261222-6733396482

4 of 4

### Services Ordered:

94060 Bronchodilator Evaluation
94727 GAS DILUTION/WASHOUT FOR LUNG VOLUMES
94729 DIFFUSING CAPACITY/SEP  IN ADD TO PRIM CODE 94010 94060 94070 94375

cough variant asthma +/- PND
-Dulera change to Breo 200, spiriva 1.25 - demosntrated use
-add claritin D/dymista
-check IgE/CBC with eos

-PFTs - No obstruction, + BD response, mild restriction, no GTD.

Electronically signed by: Harris B Tesher MD on 08/10/2017 05:24 PM

aprima

Generated on 3/27/2020

From:

**Patient:** BROOKS, DIANTHE
**Address:** ~~127 S VALLEY RD   WEST ORANGE, NJ 070524427~~
**Date of Birth:** ~~11/05/1969~~

MRN: 0261222-6733396482

Visit Date: 09/07/2017

**Patient:** BROOKS, DIANTHE
127 S VALLEY RD
WEST ORANGE, NJ 070524427

Medical Record #: 0261222-6733396482   DOB: 11/05/1969   Sex: Female
Phones: work: (973)477-3998
Status: Complete.
Visit Last Changed: 09/07/2017 11:36 AM

**CC / HPI:**
Cough
Coughing
Coughing-x months. located in chest. Initial slight improvement with dulera and prednsione courses (June, July, april). ASsociated with chest tightness, wheezing. Persistent.
Initially Worse at night.
--->then improved with breo and spirivabut insurance did not cover-maintained on spiriva 18mcg
Last time reported Laughing, vigorous cardio exercise can trigger cough - now much better.
Remains on singualir.

+PND./+clears throat-improved with claritin D/dymista - now on flonase

**Current Medication:**
promethazine-codeine oral
Dulera 100 mcg-5 mcg/actuation HFA aerosol inhaler, 2 INH BID.
Proventil (Refill) 90 mcg/actuation aerosol inhaler, 1 INH PRN.
Flexeril 10 mg tablet, 1 Tablet(s) PO PRN.
albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization, 1 Milliliter(s) INH PRN.
Singulair 10 mg tablet, 1 Tablet(s) PO daily.
Imitrex 25 mg tablet, 1 Tablet(s) PO PRN.
diclofenac potassium 50 mg tablet, 1 Tablet(s) PO BID.

Review of history:

I reviewed the documented medical, surgical, family, social, medication, drug allergy, problem/diagnosis and occupation/exposures histories.

**ROS:**

<u>Constitutional</u>: The patient denied weight loss, fever and chills.
<u>Eyes</u>: The patient denied visual change.
<u>Ears/Nose/Throat/Neck</u>: The patient denied nasal drainage and sore throat.
<u>Cardiovascular</u>: The patient denied chest pressure and edema.
<u>Respiratory</u>: The patient complained of **cough** and **wheezing** but denied dyspnea.
<u>Gastrointestinal</u>: The patient denied abdominal pain, diarrhea, nausea and vomiting.

aprima

Generated on 3/27/2020

Patient: BROOKS, DIANTHE
Address: [redacted]
Date of Birth: [redacted]
MRN: 0261222-6733396482

Genitourinary/Nephrology: The patient denied dysuria.
Musculoskeletal: The patient denied arthralgias.
Dermatologic: The patient denied skin change and rash.
Neurologic: The patient denied lightheadedness and dizziness.
Psychiatric: The patient denied anxiety.
Hematologic/Lymphatic: The patient denied hemoptysis and swollen glands.

**Vital Signs:**
F/U

| Collected | 09/07/2017 09:50 AM By: Allos, Reema |
|---|---|
| Weight | 160 lbs clothed w/ shoes |
| Height | 5' 4" |
| BMI | 27.5 |
| Temp | 98.3 F oral |
| RR | |
| HR | |
| BP | 92 bpm Sitting |
| BP 2 | 110/74 mmHg Right Arm |
| Head Circ | |
| SpO2 | 99 % room air |
| Waist | |

**PE:**

**Constitutional**
general appearance
　　overall: in no acute distress, well developed and well nourished
**Eyes**
conjunctiva/eyelids
　　overall: conjunctiva clear and non icteric
pupils and irises
　　overall: pupils equal, round, reactive to light and accomodation
**Ears/Nose/Throat**
internal nose
　　overall: bilateral nasal cavities clear and normal
teeth/gingiva
　　overall: normal dentition
oropharynx
　　overall: mouth clear, tonsils not enlarged and pharynx not red
**Neck**
thyroid
　　overall: normal size and normal consistency
inspection of neck
　　overall: no carotid bruits, no nodes, no use of accessory muscles, normal appearance, normal tracheal position and supple
jugular veins
　　jugular venous distension: none
**Respiratory**
percussion

aprima

Generated on 3/27/2020

Patient: BROOKS, DIANTHE
Address: [redacted]
Date of Birth: [redacted]
MRN: 0261222-6733396482

      overall: no dullness, no tympany and benign percussion
auscultation
      overall: breath sounds clear bilaterally, no abdominal breathing, no rales, no rhonchi and no wheezes
respiratory effort/rhythm
      overall: no increased effort and unlabored breathing
breast/chest inspection
      overall: normal shape and equal expansion

**Cardiovascular**
auscultation of heart
      overall: no gallops, no murmurs, no rubs, regular rate and regular rhythm
      s1: a normal exam
      s2: a normal exam
      s3 (ventricular gallop): none
      s4 (atrial gallop): none
examination of vasculature
      overall: no clubbing, no cyanosis and no edema

**Abdomen**
abdominal exam
      overall: no guarding, non tender, normal bowel sounds and soft
liver and spleen exam
      overall: no hepatosplenomegaly

**Lymphatic**
palpation of nodes
      overall: normal cervical and axillary lymph nodes

**Musculoskeletal**
muscle strength and tone
      overall: full range of motion, normal strength and normal tone
gait and station
      overall: normal gait and normal station

**Extremities**
digits and nails
      overall: digits benign

**Integument**
inspection/palpation
      overall: no rash, lesions

**Neurologic**
sensation
      overall: normal sensation
mental status
      overall: awake, alert and oriented
gait
      overall: normal balance, gait and no ataxia, no unsteadiness
coordination
      overall: no tremors
speech
      overall: normal quality, no aphasia
motor
      overall: normal tone and normal strength

**Psychiatric**
orientation/consciousness
      overall: appropriate
mood and affect
      overall: normal mood and affect

aprima

Generated on 3/27/2020

**Patient:** BROOKS, DIANTHE
**Address:** ~~12 S VALLEY RD WEST ORANGE, NJ 070524427~~
**Date of Birth:** ~~November~~

**MRN:** 0261222-6733396482

**Dx:**

Cough variant asthma

**Rx:**

AirDuo RespiClick 232 mcg-14 mcg/actuation breath activated, 1 Puff(s) INH BID, 30 days, 5 refills, for a total of 5, start on September 07, 2017, end on March 05, 2018.

**Services Performed:**

99214 OFFICE/OUTPATIENT VISIT EST

**Services Ordered:**

cough variant asthma +/- PND
-Airduo 232/Spiriva 18mcg, singualir
-proair prn
-IgE 40's, Eo's 1.5 (h), RAST neg

flonase
claritin D as needed

-PFTs - No obstruction, + BD response, mild restriction, no GTD.

Electronically signed by: Harris B Tesher MD on 09/07/2017 11:33 AM



aprima

Generated on 3/27/2020