**PAULETTE PITT, ESQ.**

97 Main Street
Suite 206
Woodbridge, New Jersey 07095
(908)421-0276
attorneypitt@gmail.com

October 27, 2020

Filed Electronically on EM/ECF
Honorable Claire C. Cecchi, U.S.D.J.
Martin Luther King, Jr., United States Courthouse
50 Walnut Street
Courtroom 5B
Newark, New Jersey 07102

**Re:  United States v. Dianthe Martinez-Brooks**
      **Criminal Number 18CR38(CCC)**

Dear Judge Cecchi:

It is my understanding that the Court has now received the final brief from the Government in response to defendant's Motion for Reduction of Sentence.  Accordingly, I am writing to request Oral Argument on this motion.  If granted, I request that the argument be held by telephone or by video conference to alleviate health and safety concerns.

In addition, counsel requests a Status Conference with respect to a payment made by Dianthe Martinez-Brooks pursuant to the Consent Judgment and Order of Forfeiture entered on September 18, 2018.  Ms. Martinez-Brooks remitted this payment in October 2018.  As of this date, the payment has not been approved for payment to the NWCDC.

Thank you for your consideration in this matter.

Respectfully Submitted,

s/ Paulette Pitt

Paulette Pitt

c.c.: Jihee Suh, Esq., Assistant United States Attorney